FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0486

_____

IN RE THE MARRIAGE OF:

ALEISHA SOLEM,

       Petitioner and Appellant,

  and

MICHAEL SOLEM,

       Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2020